CERTIFICATE OF SERVICE OF PROCESS BY
RELIABLE PROCESS SERVICES 480/777-0000

IN AND FOR THE <u>United States District</u> COURT, ~~COUNTY OF MARICOPA, STATE OF ARIZONA~~ District of Massachusetts

Case No. <u>04 12391 NMG</u>

**Plaintiff/Petitioner:** Gillette Company, Braun GmbH, + Gillette Comm operations North America

**Defendant/Respondent:** Skyvision Inc. 2103 E. Southern Ave. Tempe, AZ 85282

☐ Small Claims Complaint / Summons / Answer
☐ Civil Summons & Complaint ☐ Civil Subpoena
☐ Summons/Complaint Forcible Detainer ☐ ___-Day Notice
☑ Petition for & Injunction Prohibiting Harassment
☐ Petition for & Order of Protection ☐ Req. for Hearing/Order
☐ Petition in Support of Supplemental Proceedings & Order
☐ Family Court Cover Sheet ☐ Summons (DR)
☐ Petition for ☐Dissolution of Marriage ☐Temporary Orders
☐ Information for Conciliation Court
☐ Preliminary Injunction ☐ Notice to Convert Health Ins.
☐ Notice/Decree of Dissolution of Marriage ☐To Creditors
☐ Affidavit of ☐ Financial Info. ☐Regarding Minor children
☐ Child Support ☐Order ☐Worksheet ☐Information Form
☐ Order/Notice to ☐Appear ☐Show Cause
☐ Parent's Worksheet for Child Support Amt. ☐ Data Sheet
☐ Order/Notice to Attend Parent Information Program Class
☐ Parenting Plan for ☐Sole Custody ☐Joint Custody ☐A.D.R.
☐ Petition for ☐OSC ☐Mediation ☐ Local Rules
☐ Request to ☐Modify Child Support ☐Modify Wage Asgmt.
☐ Request/Order to Modify ☐Visitation ☐Support ☐Custody
☐ Expedited Process Order to Appear
☐ Request to Enforce _____
☐ Bus. Docs. ☐Terminate Rental Agreement ☐ Cert. On Issue
☐ Blank Financial Affidavit Form ☐ Attachments ☐ Exhibits
☐ CHILD SUPPORT #3 To change an Existing Court Order
☐ Date & Time of Hearing: __/__/__ at __:__ M
☑ Other: Summons in a civil action, complaint for ~~brother~~ Declaratory judgement

**INDIVIDUAL/S TO SERVE**
☐ Plaintiff ☐ Petitioner ☑ Defendant ☐ Respondent
☐ Witness ☐ Tenant ☐ Statutory Agent ☐ Attorney
☐ Other   To be served on: Dane Robinson

**MANNER OF SERVICE**
☑ Service upon the Individual, personally. # of copies served: 1
☐ Service upon _____, a person of suitable age/discretion residing at individual's residence.
☐ Service upon _____, a person qualified to accept service on behalf of the Individual.
☐ Served by affixing to main entrance & mailed by certified mail: Receipt #_____

**PLACE OF SERVICE**
☑ Individual's address
☐ Other _____

The undersigned, being duly sworn, states: "I am a Registered Officer of the Superior Court of Arizona, and duly approved as a Private Process Server. On 11/15/04, I received true copy of each document checked above. Within the state of Arizona, I personally served the same on: The 17 day of November, 2004 at 1:04 PM."

"I certify under penalty of perjury the foregoing is true and correct. Executed on 11/17/04, Ann Eckhardt
Ann Eckhardt Registered in ~~Maricopa~~ Pinal County

| | | Billing Address if other than above | **DATES AND TIMES ATTEMPTED** |
|---|---|---|---|
| Service Fee | $100 | | |
| Doc Pickup/Issue/File In | $ | | __/__/__ M. |
| Skip/Postal Locate - MVD | $ | | __/__/__ M. |
| Additional Miles/Attempts | $ | | __/__/__ M. |
| Emergency – Invalid Info. | $ | | |
| Total | $100 | | |
| ☐Cash ☐Ck ☐MO ☐CC # | $~~100~~ | | ☐ **NOT SERVED** |
| Total Payment Due | $100 | | |

The above is in compliance with Arizona Rules of Court, Rules of Civil Procedure, Rule 80 (i)