ALAN D. SMITH, ESQ.
FISH & RICHARDSON
225 FRANKLIN STREET
BOSTON MA 02110-2804
617-542-5070              Ref. No.        : 0342556-01
Attorney for : PLAINTIFF  Atty. File No.  : 04-12391NMG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : THE GILLETTE COMPANY, et al. | Case No.: 0412391NMG |
| DEFENDANT  | : SKYVISION, INC., et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. Party served    :   WATERPIK TECHNOLOGIES, INC.
   b. Person served   :   DOROTHY TOUBAIL, AUTHORIZED AGENT
                          (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 23 CORPORATE PLAZA    #246
                                      NEWPORT BEACH, CA  92660    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on November 15, 2004  (2) at: 12:00 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:     WATERPIK TECHNOLOGIES, INC.
      under [xx] CCP 416.10  (corporation)

7. **Person who served papers**
   a. DAWN L. GUILLIAM                         d. Fee for service: $105.75
   b. KNOX ATTORNEY SERVICE, INC.              e. I am a Registered California Process server
      2250 Fourth Avenue                          (1) Employee or independent contractor
      San Diego, California 92101                 (2) Registration No.: 152
   c. 619-233-9700                                (3) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 16, 2004              Signature: _DAWN L. GUILLIAM_
                                                 DAWN L. GUILLIAM

Jud. Coun. form, rule 982.9                      **PROOF OF SERVICE**
JC Form POS 010 (Rev. July 1, 2004)