CERTIFICATE OF SERVICE OF PROCESS BY
RELIABLE PROCESS SERVICES 480/777-0000

IN AND FOR THE United States District COURT, ~~COUNTY OF MARICOPA, STATE OF ARIZONA~~ District of Massachusetts

**Plaintiff/Petitioner:** Gillette Company, Braun GmbH, + Gillette Comm Operations North America

**Case No.** 04 12391 NMG

- ☐ Small Claims Complaint / Summons / Answer
- ☐ Civil Summons & Complaint ☐ Civil Subpoena
- ☐ Summons/Complaint Forcible Detainer ☐ ___-Day Notice
- ☐ Petition for & Injunction Prohibiting Harassment
- ☐ Petition for & Order of Protection ☐ Req. for Hearing/Order
- ☐ Petition in Support of Supplemental Proceedings & Order
- ☐ Family Court Cover Sheet ☐ Summons (DR)
- ☐ Petition for ☐ Dissolution of Marriage ☐ Temporary Orders
- ☐ Information for Conciliation Court
- ☐ Preliminary Injunction ☐ Notice to Convert Health Ins.
- ☐ Notice/Decree of Dissolution of Marriage ☐ To Creditors
- ☐ Affidavit of ☐ Financial Info. ☐ Regarding Minor children
- ☐ Child Support ☐ Order ☐ Worksheet ☐ Information Form
- ☐ Order/Notice to ☐ Appear ☐ Show Cause
- ☐ Parent's Worksheet for Child Support Amt. ☐ Data Sheet
- ☐ Order/Notice to Attend Parent Information Program Class
- ☐ Parenting Plan for ☐ Sole Custody ☐ Joint Custody ☐ A.D.R.
- ☐ Petition for ☐ OSC ☐ Mediation ☐ Local Rules
- ☐ Request to ☐ Modify Child Support ☐ Modify Wage Asgmt.
- ☐ Request/Order to Modify ☐ Visitation ☐ Support ☐ Custody
- ☐ Expedited Process Order to Appear
- ☐ Request to Enforce _____
- ☐ Bus. Docs. ☐ Terminate Rental Agreement ☐ Cert. On Issue
- ☐ Blank Financial Affidavit Form ☐ Attachments ☐ Exhibits
- ☐ CHILD SUPPORT #3 To change an Existing Court Order
- ☐ Date & Time of Hearing: __/__/__ at __:__ M
- ☑ Other: Summons in a civil action, complaint for Declaratory judgement

**Defendant/Respondent:** Dane Q. Robinson, 2103 E. Southern Ave, Tempe, AZ 85282

**INDIVIDUAL/STO SERVE**
- ☐ Plaintiff ☐ Petitioner ☑ Defendant ☐ Respondent
- ☐ Witness ☐ Tenant ☐ Statutory Agent ☐ Attorney
- ☐ Other   To be served on: Dane Robinson

**MANNER OF SERVICE**
- ☑ Service upon the Individual, personally. # of copies served: 1
- ☐ Service upon _____, a person of suitable age/discretion residing at individual's residence.
- ☐ Service upon _____, a person qualified to accept service on behalf of the Individual.
- ☐ Served by affixing to main entrance & mailed by certified mail: Receipt #_____

**PLACE OF SERVICE**
- ☑ Individual's address
- ☐ Other _____

The undersigned, being duly sworn, states: "I am a Registered Officer of the Superior Court of Arizona, and duly approved as a Private Process Server. On 11/15/04, I received true copy of each document checked above. Within the state of Arizona, I personally served the same on:

The 17 day of November, 2004 at 1:04 PM."

"I certify under penalty of perjury the foregoing is true and correct. Executed on 11/17/04 Ann Eckhardt

Ann Eckhardt  Registered in ~~Maricopa~~ Pinal County

| Service Fee | $ 0 | Billing Address if other than above | **DATES AND TIMES ATTEMPTED** |
|---|---|---|---|
| Doc Pickup/Issue/File In | $ ___ | | __/__/__ M. |
| Skip/Postal Locate - MVD | $ ___ | | __/__/__ M. |
| Additional Miles/Attempts | $ ___ | | __/__/__ M. |
| Emergency – Invalid Info. | $ 0 | | |
| Total | $ 0 | | ☐ **NOT SERVED** |
| ☐Cash ☐Ck ☐MO ☐CC # _____ | | | |
| **Total Payment Due** | $ 0 | | |

The above is in compliance with Arizona Rules of Court, Rules of Civil Procedure, Rule 80 (i)