IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04 12391 NMG

THE GILLETTE COMPANY;
BRAUN GMBH; and
GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,

    Plaintiffs,

v.

SKYVISION INC.;
DANE ROBINSON; and
WATERPIK TECHNOLOGIES, INC.,

    Defendants.

## STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiffs and Defendants hereby stipulate and respectfully request that the Court issue an Order extending the time for Defendants to answer or otherwise respond to the Complaint for Declaratory Judgment until January 15, 2005.

Respectfully submitted this 24th day of November, 2004.

Alan D. Smith, Esq.
Craig R. Smith, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

Attorneys for Plaintiffs

Tucker K. Trautman, Esq.
Dorsey & Whitney LLP
370 17th Street, Suite 4700
Denver, CO 80202
(303) 629-3400

Attorneys for Defendants