IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE GILLETTE COMPANY, BRAUN
GMBH, and GILLETTE COMMERCIAL
OPERATIONS NORTH AMERICA,

    Plaintiffs,

v.

SKYVISION, INC., DANE ROBINSON, and
WATER PIK TECHNOLOGIES, INC.,

    Defendants.

Civil Action No. 04-CV-12391 NMG

---

## DEFENDANT WATER PIK TECHNOLOGIES, INC.'S STATEMENT PURSUANT TO LOCAL RULE 7.3

---

In accordance with this Court's Local Rule 7.3, Defendant Water Pik Technologies, Inc. ("Water Pik") states as follows:

(1) Water Pik has no parent corporation;

(2) Tennenbaum Capital Partners, LLC owns more than 10% of Water Pik's stock;

(3) Wells Fargo & Company and its wholly-owned subsidiary, Wells Capital Management Incorporated, collectively own more than 10% of Water Pik's stock; and

(4) No other publicly held company owns 10% or more of Water Pik's stock.

Respectfully submitted,

*/s/ Patrick M. Curran, Jr.*
Thomas J. Sartory (BBO # 442500)
Patrick M. Curran, Jr. (BBO # 659322)
Goulston & Storrs
A Professional Corporation
400 Atlantic Ave.
Boston, MA 02110
Tel.   617-482-1776
Fax.   617-574-4112

Tucker K. Trautman (*pro hac vice* admission pending)
Scott P. Sinor (*pro hac vice* admission pending)
Dorsey & Whitney, LLP
370 Seventeenth St., Suite 4700
Denver, CO 80202
Tel.   303-629-3400
Fax    303-629-3450

ATTORNEYS FOR DEFENDANTS SKYVISION INC., DANE ROBINSON, AND WATER PIK TECHNOLOGIES, INC.

Dated: January 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served by hand upon the attorney of record for each other party on January 14, 2005.

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr.