IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE GILLETTE COMPANY, BRAUN
GMBH, and GILLETTE COMMERCIAL
OPERATIONS NORTH AMERICA,

        Plaintiffs,

v.

SKYVISION, INC., DANE ROBINSON, and
WATER PIK TECHNOLOGIES, INC.,

        Defendants.

Civil Action No. 04-CV-12391 NMG

---

### DEFENDANT SKYVISION, INC.'S STATEMENT PURSUANT TO LOCAL RULE 7.3

---

In accordance with this Court's Local Rule 7.3, Defendant Skyvision, Inc. states that it has no parent corporation, and that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

*/s/ Patrick M. Curran, Jr.*

Thomas J. Sartory (BBO # 442500)
Patrick M. Curran, Jr. (BBO # 659322)
Goulston & Storrs
A Professional Corporation
400 Atlantic Ave.
Boston, MA 02110
Tel.   617-482-1776
Fax.   617-574-4112

Tucker K. Trautman (*pro hac vice* admission pending)
Scott P. Sinor (*pro hac vice* admission pending)
Dorsey & Whitney, LLP
370 Seventeenth St., Suite 4700
Denver, CO 80202
Tel.   303-629-3400
Fax   303-629-3450

ATTORNEYS FOR DEFENDANTS
SKYVISION INC., DANE
ROBINSON, AND WATER PIK
TECHNOLOGIES, INC.

Dated: January 14, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served by hand upon the attorney of record for each other party on January 14, 2005.

*/s/ Patrick M. Curran, Jr.*
Patrick M. Curran, Jr.