IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY, BRAUN GMBH, and GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>SKYVISION, INC., DANE ROBINSON, and WATER PIK TECHNOLOGIES, INC.,<br><br>Defendants. | Civil Action No. 04-CV-12391 NMG |

## MOTION TO ADMIT SCOTT P. SINOR *PRO HAC VICE*

Pursuant to Rule 83.5.3 of this Court's rules, Patrick M. Curran, Jr., an attorney for Defendants Water Pik Technologies, Inc., Skyvision, Inc., and Dane Robinson ("Defendants"), hereby moves for the admission *pro hac vice* of Scott P. Sinor. Mr. Sinor is a member of the bar of the State of Colorado and has been admitted to practice in the United States Court of Appeals for the Tenth Circuit and the United States District Court for the District of Colorado.

As required by Rule 83.5.3, attached hereto in support of this motion is a certificate signed by Mr. Sinor attesting to the fact that he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and that he is familiar with the Local Rules of the United States District Court of the District of Massachusetts.

Respectfully submitted,

*[signature]*

Thomas J. Sartory (BBO # 442500)
Patrick M. Curran, Jr. (BBO # 659322)
Goulston & Storrs
A Professional Corporation
400 Atlantic Ave.
Boston, MA 02110
Tel.   617-482-1776
Fax.  617-574-4112

ATTORNEYS FOR DEFENDANTS
SKYVISION INC., DANE
ROBINSON, AND WATER PIK
TECHNOLOGIES, INC.

Dated: January 14, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I have spoken to counsel for all parties who have appeared in this action and that such parties assent to this motion.

*[signature]*
Patrick M. Curran, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served by hand upon the attorney of record for each other party on January 14, 2005.

*[signature]*
Patrick M. Curran, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY, BRAUN GMBH, and GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,<br><br>    Plaintiffs,<br><br>v.<br><br>SKYVISION, INC., DANE ROBINSON, and WATER PIK TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 04-CV-12391 NMG |

### CERTIFICATE OF SCOTT P. SINOR IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Scott P. Sinor, hereby certify as follows:

1.  I am an active member in good standing in every jurisdiction where I have been admitted to practice. I am a member of the bar of the State of Colorado and have been admitted to practice in the United States Court of Appeals for the Tenth Circuit and the United States District Court for the District of Colorado.

2.  There is no disciplinary proceeding against me as a member of the bar in any jurisdiction.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                         Scott P. Sinor
                                         Dorsey & Whitney, LLP
                                         370 Seventeenth St., Suite 4700
                                         Denver, CO 80202
                                         Tel.   303-629-3400
                                         Fax   303-629-3450

Dated: January 13, 2005