UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE GILLETTE COMPANY, BRAUN GMBH,
and GILLETTE COMMERCIAL OPERATIONS
NORTH AMERICA,

        Plaintiffs,

v.

SKYVISION INC., DANE ROBINSON and
WATER PIK TECHNOLOGIES, INC.,

        Defendants.

CIVIL ACTION NO. 04-12391-NMG

**PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

    Plaintiffs The Gillette Company, Braun GmbH, and Gillette Commercial Operations North America hereby move the court for a 30-day extension of time to **Monday, February 28, 2005,** to allow the plaintiffs to respond to the defendants' Motion to Dismiss (filed January 14, 2005). As grounds therefore, the plaintiffs state:

    1. Defendants' Motion to Dismiss raises substantial legal issues requiring significant time to adequately respond;

    2. Limited jurisdictional discovery may be required to provide defendants a sufficient factual basis for its response; and

    3. Defendants have assented to this motion.

    At this time, plaintiffs believe that any required jurisdictional discovery can be arrived at by stipulation among the parties. Plaintiffs respectfully request that the court grant this motion.

| | |
|---|---|
| Dated:  January 26, 2005 | /s/ Thomas A. Brown<br>Alan D. Smith (BBO# 629,034)<br>Craig R. Smith (BBO# 636,723)<br>Thomas A. Brown (BBO# 657,715)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA  02110<br>(617) 542-5070 Telephone<br>(617) 542-8906 Facsimile<br>Attorneys for Plaintiffs<br>THE GILLETTE COMPANY, BRAUN GMBH, and GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on January 26, 2005.

/s/ Kate A. Niejadlik
Kate A. Niejadlik

## CERTIFICATE OF CONSULTATION UNDER LOCAL RULE 7.2

I hereby certify that I have consulted with the attorney for the defendants and the defendants have consented to this motion.

/ s / Craig R. Smith
Craig R. Smith

21015477.doc