UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GILLETTE COMPANY, BRAUN GMBH, and GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,<br><br>            Plaintiffs,<br><br>     v.<br><br>SKYVISION INC., DANE ROBINSON and WATER PIK TECHNOLOGIES, INC.,<br><br>            Defendants. | CIVIL ACTION NO. 04 12391 NMG |

**PLAINTIFFS' ASSENTED-TO MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiffs hereby move to file two documents under seal. Defendants do not object.

Plaintiffs seek to impound the following confidential documents: (1) Exhibit D to the Declaration of Craig R. Smith in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss or Transfer, which is a confidential license agreement between defendants SkyVision, Inc. and Dane Robinson on one side and Teledyne Water Pik, a division of Teledyne Industries, on the other hand; and (2) Exhibit A to the Declaration of David Howley in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss or Transfer, which is a confidential license agreement between defendants SkyVision, Inc. and Dane Robinson on one side and Braun AG and Braun, Inc., subsidiaries of plaintiff The Gillette Company on the other side.  These license agreements should be impounded because they contain sensitive business information, and a contractual duty exists to maintain the terms of these agreements confidential.

In accordance with L.R. 7.2(d), the actual documents sought to be impounded have not been submitted to the Court.  Plaintiffs will file these two documents under seal upon the Court's request or if this motion is granted.

| | |
|---|---|
| Dated: February 28, 2005 | /s/ Craig R. Smith<br>Alan D. Smith (BBO# 629,034)<br>Craig R. Smith (BBO# 636,723)<br>Thomas A. Brown (BBO# 657,715)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA 02110<br>(617) 542-5070 Telephone<br>(617) 542-8906 Facsimile<br>Attorneys for Plaintiffs<br>THE GILLETTE COMPANY, BRAUN<br>GMBH, and GILLETTE COMMERCIAL<br>OPERATIONS NORTH AMERICA |

## CERTIFICATE OF CONSULTATION

I hereby certify that I have conferred with counsel for the Defendants on this motion, who state that they do not object.

/s/ Craig R. Smith
Craig R. Smith