IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

THE GILLETTE COMPANY, BRAUN
GMBH, and GILLETTE COMMERCIAL
OPERATIONS NORTH AMERICA,

    Plaintiffs,

v.

SKYVISION, INC., DANE ROBINSON, and
WATER PIK TECHNOLOGIES, INC.,

    Defendants.

Civil Action No. 04-CV-12391 NMG

---

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS OR ALTERNATIVELY FOR CHANGE OF VENUE**

---

In accordance with this Court's Local Rule 7.1(b)(3), Defendants Skyvision, Inc., Dane Robinson, and Water Pik Technologies, Inc. (collectively, "Defendants") hereby request that they be permitted to file a reply memorandum in further support of their Motion to Dismiss or Alternatively for Change of Venue. Counsel for the Plaintiffs has assented to the relief requested in this Motion.

Respectfully submitted,

*[signature]*

Thomas J. Sartory (BBO # 442560)
Patrick M. Curran, Jr. (BBO # 659322)
GOULSTON & STORRS, P.C.
400 Atlantic Ave.
Boston, MA 02110
Tel.   617-482-1776
Fax.  617-574-4112

Tucker K. Trautman (admitted *pro hac vice*)
Scott P. Sinor (admitted *pro hac vice*)
DORSEY & WHITNEY, LLP
370 Seventeenth St., Suite 4700
Denver, CO 80202
Tel.  303-629-3400
Fax  303-629-3450

ATTORNEYS FOR DEFENDANTS
SKYVISION INC., DANE
ROBINSON, AND WATER PIK
TECHNOLOGIES, INC.

Assented to:

*[signature]*

Alan D. Smith (BBO# 629034)
Craig R. Smith (BBO# 636723)
Thomas A. Brown (BBO# 657715)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston MA 02110
Tel.   (617) 542-5070
Fax.  (617) 542-8906

Attorneys for Plaintiffs
THE GILLETTE COMPANY, BRAUN
GMBH, and GILLETTE COMMERCIAL
OPERATIONS NORTH AMERICA

Dated: March 7, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served by hand upon the attorney of record for each other party on March 7, 2005.

Patrick M. Curran, Jr.