# goulston&storrs
counsellors at law A P.C.

**WRITER'S INFORMATION**
pcurran@goulstonstorrs.com
617.574.7911 Tel
617.574.7812 Fax

March 11, 2005

## BY HAND DELIVERY

Court Clerk
Civil Clerk's Office
U.S. District Court for the District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA  02210

      Re:   *The Gillette Company, et al. v. Skyvision, Inc., et al.,*
              <u>Civil Action No. 04-CV-12391 -NMG</u>

Dear Sir or Madam:

      Consistent with my exchange of voicemails over the past several days with Mr. Craig Nicewicz, Courtroom Clerk to the Honorable Nathaniel M. Gorton, enclosed please find for filing in this action the corrected version of Defendants' Reply Memorandum in Support of Motion to Dismiss or Alternatively for Change of Venue.

      The original version of the Reply Memorandum was filed on March 7, 2005. All of the changes made in this corrected version appear on page 7 of the Memorandum, in the first paragraph, as follows: (1) the phrase "pay royalties," used in the first and second sentences of the paragraph in the original, has been changed to "sell licensed products"; (2) the citation "1997 Braun License Agreement at ¶ XXX," used after the second sentence of the paragraph in the original, has been changed to "1997 Braun License Agreement at ¶ 5.03; and (3) the phrase "and thus appears to have sold no products" has been added to the end of the third sentence of the paragraph.

      Please date-stamp the enclosed copy of this letter to acknowledge filing of the corrected version of the Reply Memorandum, and return the stamped copy to me with the messenger. If you have any questions about this filing, please do not hesitate to call me at the number shown above. Thank you.

              Very truly yours,

              *Patrick M. Curran*

              Patrick M. Curran, Jr.

Enclosure

Court Clerk
March 11, 2005
Page 2

cc (w/ encl.):   The Honorable Nathaniel M. Gorton
                 Alan D. Smith, Esq. (by hand)
                 Craig R. Smith, Esq. (by hand)
                 Tucker K. Trautman, Esq. (by express mail)
                 Scott P. Sinor, Esq. (by express mail)
                 Thomas J. Sartory, Esq.

GSDOCS-1464377-1