UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE GILLETTE COMPANY, BRAUN GMBH, and GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA,

    Plaintiff(s),

v.

SKYVISION INC., DANE ROBINSON and WATER PIK TECHNOLOGIES, INC.,,

    Defendant(s).

Civil Action No. 04-12391 NMG

**PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL JURISDICTIONAL DISCOVERY**

    Plaintiffs The Gillette Company, Braun GMBH, and Gillette Commercial Operations North America hereby move for leave to file a combined Sur-Reply In Opposition To Defendants' Motion To Dismiss Or Transfer Venue, and Reply In Support Of Plaintiffs' Motion To Compel Jurisdictional Discovery. In support of this motion, Plaintiffs state that Defendants' reply brief in support of their Motion to Dismiss or Transfer Venue and Defendants' Opposition to Plaintiffs' Motion to Compel Jurisdictional Discovery raise new legal issues involving the interpretation of controlling case law and new factual issues. Plaintiffs suggest that the Court would be assisted by a concise analysis of this controlling case law and its application to the relevant facts.

Dated: March 30, 2005                                    FISH & RICHARDSON P.C.


By: /s/ Craig R. Smith
     Alan D. Smith, (BBO# 629,034)
     Craig R. Smith, (BBO# 636,723)
     Thomas A. Brown (BBO# 657,715)
     Fish & Richardson P.C.
     225 Franklin Street
     Boston, MA 02110
     (617) 542-5070 Telephone
     (617) 542-8906 Facsimile

Attorneys for Plaintiffs
THE GILLETTE COMPANY,
BRAUN GMBH, and GILLETTE
COMMERCIAL OPERATIONS NORTH
AMERICA


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on March 30, 2005.

/s/ Craig R. Smith
Craig R. Smith


## CERTIFICATE OF CONSULTATION

I hereby certify that I have consulted with the attorneys for the defendants who have stated that they assent to this motion.

/s/ Craig R. Smith
Craig R. Smith