IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE GILLETTE COMPANY, BRAUN GMBH, and GILLETTE COMMERCIAL OPERATIONS NORTH AMERICA, Plaintiffs, v. SKYVISION, INC., DANE ROBINSON, and WATER PIK TECHNOLOGIES, INC., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-CV-12391 NMG |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas J. Sartory, Patrick M. Curran, Jr. and

Goulston & Storrs as counsel for defendants, Skyvision, Inc., Dane Robinson and Water

Pik Technologies, Inc.

SKYVISION, INC., DANE ROBINSON AND
WATER PIK TECHNOLOGIES, INC.,

By their attorneys,

Thomas J. Sartory (BBO #442500)
Patrick M. Curran, Jr. (BBO #659322)
Goulston & Storrs, P.C.
A Professional Corporation
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776

Dated: April 20, 2005